IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stubbs Sr, Harvey | Case Number:  07 B 17952 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 15, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 520.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 520.00 |
| Totals: | 520.00 | 520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 4. | Creditors Collection Bur | Unsecured | 125.30 | 0.00 |
| 5. | IC System Inc | Unsecured | 10.99 | 0.00 |
| 6. | Account Recovery Service | Unsecured | | No Claim Filed |
| 7. | Account Recovery Service | Unsecured | | No Claim Filed |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Certified Svc. | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 12. | Professional Account Management | Unsecured | | No Claim Filed |
| 13. | Account Recovery Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 211.29 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stubbs Sr, Harvey | Case Number:  07 B 17952 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  10/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

